[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Jones*, Slip Opinion No. 2025-Ohio-69.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2025-OHIO-69

THE STATE OF OHIO, APPELLEE, *v*. JONES, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Jones*, Slip Opinion No. 2025-Ohio-69.]

*Court of appeals' judgment affirmed on the authority of* State v. Glover.

(No. 2024-0598—Submitted January 7, 2025—Decided January 15, 2025.)

APPEAL from the Court of Appeals for Ashtabula County,

No. 2022-A-0022, 2024-Ohio-1010.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. FISCHER, J., dissented and would dismiss the appeal has having been improvidently accepted. BRUNNER, J., dissented for the reasons set forth in Justice Stewart's dissenting opinion in *Glover*.

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Glover*, 2024-Ohio-5195.

_____

April Grabman, Ashtabula County Prosecuting Attorney, and Christopher R. Fortunato, Assistant Prosecuting Attorney, for appellee.

Michael A. Partlow, for appellant, Allan Jay Jones.

_____